UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOPHIA VELA,

                        Plaintiff,

-against-

THE FAMILY FAID CORP.,
*dba* MIMMO CUCINA,

                        Defendant.

Case No.: 19 cv 353

**NOTICE OF VOLUNTARY DISMISSAL**

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Sophia Vela, and their counsel, Cilenti & Cooper, PLLC, hereby give notice that the above-captioned action is voluntarily dismissed against the Defendant, The Family Faid Corp., dba Mimmo Cucina, with prejudice.

Dated: New York, New York
         February 22, 2019

Respectfully submitted,

CILENTI & COOPER, PLLC
**Attorneys for Plaintiffs**
708 Third Avenue – 6th Floor
New York, New York 10017
T. (212) 209-3933
F. (212) 209-7102

By: _____
    Peter H. Cooper (PHC4714)

**So Ordered:**

_____
[signature]
June 10, 2019